Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
ocampbell@houser-law.com

Attorneys for Defendant
Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Robert and Erlinda Turner,

    Plaintiffs,

v.

Ocwen Loan Servicing, LLC and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto, and Does 1 through 30, inclusive,

    Defendants.

Case No.:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[L.R. 3-16]

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial

---

**CERTIFICATION INTERESTED PARTIES**
1
I:\CIVIL\OCWEN\Turner (44536)\pldg\notice removal (interested parties).doc

1. interest in that subject matter or in a party that could be substantially affected by
2. the outcome of this proceeding:
3. 
4. Ocwen Loan Servicing, LLC is a limited liability company the sole member
5. of which is Ocwen Financial Corporation, a publicly traded company. Subject to
6. the foregoing, the undersigned, counsel of record for Defendant Ocwen Loan
7. 
8. Servicing, LLC certifies that there are no other parties that have a direct, pecuniary
9. interest in the outcome of this case.
10. 
11. DATED: May 22, 2008                    HOUSER & ALLISON
                                            A Professional Corporation


                                            By: /s/
                                            Eric D. Houser
                                            J. Owen Campbell
                                            Attorneys for Defendant
                                            Ocwen Loan Servicing, LLC

---

CERTIFICATION INTERESTED PARTIES
2

I:\CIVIL\OCWEN\Turner (44536)\pldg\notice removal (interested parties).doc

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On May 23, 2008, I served the following document described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]**
On the following interested parties in this action:

Garry Cohen
Grathwohl, Rauch & Cohen
100 Marine Parkway, Suite 305
Redwood City, CA 94065
Tel: (650) 592-8600
Fax: (650) 592-2019

[X]  VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 23, 2008, at Irvine, California.

Sherie L. Cleeré

---

CERTIFICATION INTERESTED PARTIES
3
I:\CIVIL\OCWEN\Turner (44536)\pldg\notice removal (interested parties).doc