1  Eric D. Houser (SBN 130079)
   J. Owen Campbell (SBN 229976)
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, California 92618
4  Telephone: (949) 679-1111
   Facsimile: (949) 679-1112
5  ocampbell@houser-law.com

6  Attorneys for Defendant
   Ocwen Loan Servicing, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 Robert and Erlinda Turner,            ) Case No.:
                                         )
12              Plaintiffs,              ) CERTIFICATE OF SERVICE OF
                                         ) NOTICE TO ADVERSE PARTY OF
13 v.                                    ) REMOVAL TO FEDERAL COURT
                                         )
14                                       )
   Ocwen Loan Servicing, LLC and All     )
15 Persons Unknown, Claiming Any Legal   )
   or Equitable Right, Title, Estate, Lien, )
16 or Interest in the Property Described in )
   the Complaint Adverse to Plaintiff's  )
17 Title, or Any Cloud on Plaintiff's Title )
   Thereto, and Does 1 through 30,       )
18 inclusive,                            )
                                         )
19              Defendants.              )

20

21

22    Attached is a true and correct copy of Defendant Ocwen Loan Servicing,

23 LLC's Notice to Adverse Party of Removal to Federal Court, which was filed with

24
   the San Mateo County Superior Court and served on the parties indicated on the
25

26 Proof of Service therewith.

27

28

---
CERTIFICATION OF SERVICE OF NOTICE OF REMOVAL
1
I:\CIVIL\OCWEN\Turner (44536)\pldg\notice removal (cert service).doc

1  DATED: May 22, 2008                HOUSER & ALLISON
2                                     A Professional Corporation
3
4                                     By: _____
                                          Eric D. Houser
5                                         J. Owen Campbell
6                                     Attorneys for Defendant
                                      Ocwen Loan Servicing, LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

CERTIFICATION OF SERVICE OF NOTICE OF REMOVAL

2

I:\CIVIL\OCWEN\Turner (44536)\pldg\notice removal (cert service).doc

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On May 23, 2008, I served the following document described as:

**C CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

On the following interested parties in this action:

Garry Cohen
Grathwohl, Rauch & Cohen
100 Marine Parkway, Suite 305
Redwood City, CA 94065
Tel: (650) 592-8600
Fax: (650) 592-2019

[X]  VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 23 2008, at Irvine, California.

Sherie L. Cleeré

---

CERTIFICATION OF SERVICE OF NOTICE OF REMOVAL

3

I:\CIVIL\OCWEN\Turner (44536)\pldg\notice removal (cert service).doc