# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

June 3, 2008

To:   Garry K Cohen
      Charles R Rauch
      Grathwohl Rauch & Cohen PC
      100 Marine Parkway, Suite 305
      Redwood City, CA 94065

      John Owen Campbell
      Eric D. Houser
      Jeffrey S. Allison
      Houser & Allison
      A Professional Corporation
      9970 Research Drive
      Irvine, CA 92618

      Re: Robert Turner, et al. v. Ocwen Loan Servicing, et al. - C08-2610 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for July 16, 2008 at 10:00 a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
      Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT TURNER et al,

        Plaintiff,

v.

OCWEN LOAN SERVICING et al,

        Defendant.

Case Number: CV08-02610 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles R Rauch
Garry K Cohen
Grathwohl Rauch & Cohen PC
100 Marine Parkway, Suite 305
Redwood City, CA 94065

John Owen Campbell
Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, CA 92618

Dated: June 3, 2008

                                      *Lashanda Scott*
                                    Richard W. Wieking, Clerk
                                    By: Lashanda Scott, Deputy Clerk