1  **GARRY COHEN**, State Bar No. 177859
   **CHARLES R. RAUCH**, State Bar No. 176163
2  GRATHWOHL, RAUCH & COHEN PC
   100 Marine Parkway, Suite 305
3  Redwood City, CA 94065
   Telephone: 650 592-8600
4  Fax: 650 592-2019

5  Attorney for Plaintiffs
   Robert & Erlinda Turner

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Robert and Erlinda Turner | Case No. CV 08- 2610BZ |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | [FRCP § 41 (a) 1] |
| Ocwen Loan Servicing, LLC and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto, and Does 1 through 30, inclusive    Defendants | |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure § 41(a), plaintiffs voluntarily dismisses the above-captioned action without prejudice.

Dated: June 3, 2008

GRATHWOHL, RAUCH & COHEN

By: _____
Garry Cohen
Attorney for Plaintiffs

00045235.WPD          NOTICE OF VOLUNTARY DISMISSAL

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to this action. My business address is: 100 Marine Parkway, Suite 305, Redwood City, California 94065.

On June 3, 2008, I served the following document described as:

**NOTICE OF VOLUNTARY DISMISSAL**

On the following parties in this action:

Eric D. Houser
J. Owen Campbell
Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, CA 92618

( X ) VIA MAIL, By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Redwood City, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on June 3, 2008, at Redwood City, California

_____
Judy Valencia

00045238.WPD